UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-29630 |
| STEVEN A. ZAPATA, | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Pamela S. Hollis |
| | ) | Joliet |
| Debtor(s) | ) | |

## ORDER SUSTAINING DEBTOR'S OBJECTION
## TO CLAIM NO. 2 (CVI SGP-CO ACQUISITION TRUST)

THIS MATTER coming to be heard on the Objection to Claim of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1. The amount of Claim No. 2 (CVI SGP-CO Acquisition Trust) is reduced to $3,052.38.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  April 12, 2019

**Prepared by:**

Michael R. Colter, II ARDC #6304675
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100