UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>STEVEN A. ZAPATA,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 18-29630<br><br>Chapter: 13<br>Honorable Pamela S. Hollis<br>Joliet |

**CORRECTED ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NO. 2
(CVI SGP-CO ACQUISITION TRUST)**

THIS MATTER coming to be heard on the Objection to Claim of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED:

1) The amount of Claim No. 2 (CVI SGP-CO Acquisition Trust) is changed to $3,052.38 secured, non-priority, and $4,578.44 unsecured, non-priority, for a total of $7,630.82.

Enter: _[signature]_

Dated: APR 12 2019

United States Bankruptcy Judge

**Prepared by:**
David M. Siegel, ARDC #6207611
Attorney for the Debtor
DAVID M. SIEGEL AND ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100
davidsiegelbk@gmail.com