UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 18-29630 |
| Steven A. Zapata, ) | | |
| ) | Chapter: | 13 |
| ) | Honorable LaShonda Hunt | |
| ) | Joliet | |
| Debtor(s) ) | | |

## ORDER GRANTING DEBTOR'S MOTION TO SELL REAL ESTATE

THIS CAUSE coming to be heard on the motion of the debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED that:

1. The Debtor, Steven A. Zapata, is granted leave to sell his residence located at 2262 Georgetown Circle, Aurora, IL 60503;

2. Nationstar Mortgage, LLC, d/b/a Mr. Cooper, which holds the senior mortgage on the residence located at 2262 Georgetown Circle, Aurora, IL 60503, shall be paid in full out of proceeds of sale at the time of closing pursuant to a proper payoff quote, or, in the event that the sale is short of full payoff, that the sale is subject to Nationstar Mortgage, LLC, d/b/a Mr. Cooper;

3. The deadline for the sale closing and receipt of funds to Nationstar Mortgage, LLC, d/b/a Mr. Cooper shall be within 90 days from the date of this Order;

4. After payment to Nationstar Mortgage, LLC, d/b/a Mr. Cooper, and after payment for all other costs related to the sale closing are paid, and after the Debtor retains his $15,000.00 homestead exemption, the Debtor will forward the closing statement along with the remaining proceeds of the sale, if available, in certified funds payable to Trustee Glenn Stearns within seven (7) days of closing.

Enter: *[signature: LaShonda A. Hunt]*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: October 23, 2020

**Prepared by:**

Michael R. Colter, II ARDC # 6304675
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100