# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Steven A. Zapata, | ) | Case No.: 18-29630 |
| | ) | |
| Debtor(s). | ) | Hon. Judge HUNT |

## NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on November 13, 2020, at 10:15 a.m., I will appear before the Honorable Judge Hunt, or any judge sitting in that judge's place, and present Debtors' Motion to Incur Debt, a copy of which is attached.

**This motion will be presented and heard telephonically using AT&T Teleconference. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must call in to the hearing using the following information— Toll Free Number: 1-888-557-8511; Access Code: 7490911.**

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Steven A. Zapata
By: <u>Michael R. Colter, II</u>
David M. Siegel & Assoc. LLC
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100
mcolter@davidmsiegel.com

## CERTIFICATE OF SERVICE

I, Michael R. Colter, II, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on October 30, 2020, before 5:30 p.m.

*To the following persons or entities who have been served via electronic mail:*

Glenn Stearns, Chapter 13 Trustee:   mylander_j@lisle13.com

*To the following persons or entities who have been served via U.S. Mail:*

Steven A. Zapata
2262 Georgetown Circle
Aurora, IL 60503

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

CVI SGP-CO Acquisition Trust
PO Box 10587
Greenville, SC 29603-0587

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Total Finance AC, LLC
3400 North Pulaski Road
Chicago, Illinois 60641

The Bank of Missouri
PO Box 105555
Atlanta, GA 30348

Comcast
P.O. Box 1931
Burlingame, CA 94011

Nationstar Mortgage LLC
d/b/a Mr. Cooper
P.O. Box 619096
Dallas, Texas 75261-9741

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Steven A. Zapata, | ) | Case No.: 18-29630 |
| | ) | |
| Debtor(s). | ) | Hon. Judge HUNT |

### MOTION TO INCUR DEBT

NOW COMES the Debtor, Steven A. Zapata, by and through his attorney, DAVID M. SIEGEL & ASSOC., LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction under 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

2) On October 22, 2018, Debtor filed for relief under Chapter 13 of Title 11 USC.

3) Debtor's Plan was confirmed on April 12, 2019, with monthly payments of $500.00, and general unsecured creditors receiving no less than 10% of their allowed claims.

4) This Court granted Debtor's motion to sell his Illinois property on October 26, 2020.

5) Debtor seeks permission to incur debt and finance the purchase of a home in Indiana.

6) Debtor attached redacted copies of the loan terms to this motion (Exhibit A).

7) Debtor seeks to finance the purchase of a home by borrowing a total of $228,845.00, at an interest rate of 4.750%, for a period of 360 months (Exhibit A).

WHEREFORE, the Debtor, Steven A. Zapata, prays this Honorable Court enter an Order Granting Debtor's Motion to Incur Debt and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Michael R. Colter, II
Michael R. Colter, II, A.R.D.C. #6304675